UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN INGALLS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00433-MPB-MG |
| | ) |
| CENTURION HEALTH OF INDIANA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**Order Granting Motion to Dismiss**

The plaintiff's motion to dismiss, dkt. [7], treated as a motion for voluntary dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure, is **GRANTED**. This matter is dismissed without prejudice and the clerk shall close the action on the docket.

**IT IS SO ORDERED.**

Dated: September 11, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

STEVEN INGALLS, JR.
271088
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only